IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL 07-00032HG-LEK |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | |
| ) | |
| FAYE TAKASHIBA, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

ORDER ADOPTING MAGISTRATE'S
REPORT AND RECOMMENDATION

A Report and Recommendation having been filed and served on all parties on May 21, 2007, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Magistrate's Report and Recommendation on Petition to Enforce Internal Revenue Service Summon," document no. [9], is adopted as the opinion and order of this Court with the following modification:

Page 2, fourth full paragraph, entitled (2), line 2, insert "Officer" between

Revenue and Tara.

    IT IS SO ORDERED.

    DATED: July 7, 2007, Honolulu, Hawaii.



                      **/s/ Helen Gillmor**

                      Chief United States District Judge